**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

SATTERFIELD AND PONTIKES
CONSTRUCTION, INC.,

Plaintiff,

v. CASE NO. 3:15cv568-MCR-EMT

SOUTHEAST CONTRACTORS
OF NORTH FLORIDA, INC., and
K&T STONEWORKS, INC.

Defendants.
_______________________________/

**ORDER OF DISMISSAL**
**OF DEFENDANT K&T STONEWORKS, INC.**

The Court has been informed that Plaintiff, Satterfield and Pontikes Construction, Inc., and Defendant, K&T Stoneworks, Inc., have reached a settlement. *See* ECF No. 62. On consideration, the Court hereby DISMISSED the Plaintiff's claims against K&T Stoneworks, Inc., with prejudice and with each party to bear its own attorney's fees and costs, pursuant to the agreement of the parties. K&T Stoneworks, Inc.'s Motion for Partial Summary Judgment, ECF No. 52, is DENIED

as Moot. All claims between the Plaintiff and Defendant, Southeast Contractors of North Florida, Inc., remain.

**DONE and ORDERED** this 20th day of November, 2017.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**