**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SATTERFIELD AND PONTIKES CONSTRUCTION, INC.,**

**Plaintiff,**

**v.** **Case No. 3:15cv568/MCR/EMT**

**SOUTHEAST CONTRACTORS OF NORTH FLORIDA, INC., K&T STONEWORKS, INC., and PEADEN, LLC,**

**Defendants.**

**______________________________________/**

## ORDER

This action was filed against the above-referenced defendants on December 21, 2015. *See* ECF No. 1. The claims against Defendant Peaden, LLC were dismissed with prejudice on April 7, 2016. *See* ECF No. 18. The claims against Defendant K&T Stonework, Inc. were dismissed with prejudice on November 20, 2017. *See* ECF No. 63. Thereafter, the Court entered a stay and directed the remaining parties to submit their claims to binding arbitration. *See* ECF No. 66. Defendant Southeast Contractors of North Florida, Inc. has now advised the Court that the remaining claims were resolved through final and binding arbitration and/or dismissed during the arbitration proceeding. *See* ECF No. 68. Accordingly, the stay

is **LIFTED**, the remaining claims are **DISMISSED**, and the Clerk is directed to close the file for all purposes.

**DONE AND ORDERED**, on this 21st day of October, 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**